1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8    _____
                                             )
9    RICHARD FOLDVIK,                         )
                                             )      No. C03-573RSL
10                        Plaintiff,          )
                    v.                        )
11                                            )      ORDER OF REFERENCE
     MICHAEL J. ASTRUE, Commissioner of       )
12   Social Security,                         )
                                             )
13                        Defendant.          )
     _____)
14

15         The Court hereby refers "Plaintiff's Motion for Attorney's Fees Pursuant to 42 U.S.C. §

16   406(b)" (Dkt. #35) pending before this Court to the Honorable Monica J. Benton, United States

17   Magistrate Judge, under Local Rule MJR 4, Fed. R. Civ. P. 72(b), and 28 U.S.C. § 636(b).

18
           DATED this 21st day of November, 2007.
19

20

21                                         _____
                                           Robert S. Lasnik
22                                         United States District Judge

23

24

25

26

ORDER OF REFERENCE