UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD FOLDVIK, ) | |
| ) | |
| Plaintiff, ) | CASE NO.  C03-573-RSL |
| ) | |
| v. ) | |
| ) | ORDER FOR ATTORNEY'S FEES |
| MICHAEL J. ASTRUE, ) | PURSUANT TO 42 U.S.C. § 406(b) |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The Court, having reviewed Plaintiff's Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b), the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Monica J. Benton, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motion for attorney's fees (Dkt. #35) is GRANTED.  Plaintiff's attorney Eitan Kassel Yanich is awarded a gross attorney's fee of $20,678.25, pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $7,351.80 that was previously awarded, and further reduced  by $5,300.00 previously awarded for administrative work in accordance with the terms of the federal court retainer agreement in this matter, leaving a net fee award of

ORDER

1   $7,382.34.  When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney,

2   Social Security is directed to send Plaintiff's attorney the net balance of $7,382.34 minus any

3   applicable processing fees as allowed by statute.

5         DATED this March 3, 2008.

                                                                                                        _/s/ Robert S. Lasnik_

8                                                     Robert S. Lasnik
                                                  United States District Judge

26  ORDER